No. 65813.—Geo. Wm. Rueff, Inc. *v.* United States, protest 59/31473–15831 (New Orleans).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 65814.—Aut Customs Brokers, Inc. *v.* United States, protest 60/26295 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65815.—The Francesco Parisi Forwarding Corp. *v.* United States, protest 60/26538 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

BEFORE THE THIRD DIVISION, JUNE 14, 1961

No. 65816.—United China & Glass Co. *v.* United States, protest 60/26753–16071 (New Orleans).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the items in question consist of bonbon dishes similar in all material respects to those the subject of *United States* v. *Butler Bros.* (33 C.C.P.A. 22, C.A.D. 310), the claim of the plaintiff was sustained.